**ORIGINAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD A. VANCE, ROBERT L. BACON,
ROSEMARY COOLBAUGH, DONNA LUKENICH
and MARTIN EISENMAN, on behalf of themselves
and a similarly situated class,

              Plaintiffs,

v.

TENNECO AUTOMOTIVE OPERATING
COMPANY, INC.

              Defendant.
_____/

Hon. Marianne O. Battani
Mag. Judge Wallace Capel, Jr.
Case No. 04-60012

**CLASS ACTION**

FILED

ROGER J. McCLOW (P27170)
DAVID R. RADTKE (P47016)
KLIMIST, McKNIGHT, SALE,
McCLOW & CANZANO, P.C.
Attorneys for Plaintiffs Vance, et al.
400 Galleria Officentre, Suite 117
Southfield, MI 48034
(248) 354-9650

CARLA J. ROZYCKI
J. KEVIN McCALL
WILLIAM L. SCOGLAND
JENNER & BLOCK, LLC
Attorneys for Defendant
330 N. Wabash Avenue, 40th Floor
Chicago, IL 60611
(312) 222-9350

ROBERT F. BEST (P10768)
BEST, HEYNS, KLAEREN &
SCHROEDER, P.C.
Attorneys for Defendant
410 S. Jackson Street
P.O. Box 570
Jackson, MI 49204
(517) 787-2620

_____/

**STIPULATION EXTENDING
TIME FOR RESPONSIVE PLEADINGS**

On March 17, 2004, Defendant filed a Motion to Strike Plaintiffs' Jury Demand and Claims for Mental Anguish and Punitive Damages. Pursuant to the Local Rules of the Eastern District of

Michigan, the Plaintiffs' response was due on April 5, 2004. On March 31, 2004, Plaintiffs filed a Stipulation Extending Time for Responsive Pleading in the above-referenced Motion until April 12, 2004.

On March 22, 2004, Plaintiffs filed a Motion for Class Certification. Defendant's response is due on April 15, 2004. Defendant has informed Plaintiff it wishes to conduct discovery on Plaintiffs' Motion for Class Certification.

The parties are currently discussing settlement of the lawsuit. In order to facilitate more time to attempt to reach a settlement, both parties wish to extend the time to file responsive pleadings to their respective Motions.

Therefore, it is hereby stipulated that Plaintiffs and Defendant will have until May 17, 2004 to file Responses to the above-referenced Motions that are currently pending before the Court.

ROGER J. McCLOW (P27170)
DAVID R. RADTKE (P47016)
KLIMIST, McKNIGHT, SALE,
McCLOW & CANZANO, P.C.
Attorneys for Plaintiffs
400 Galleria Officentre, Suite 117
Southfield, MI 48034
(248) 354-9650

CARLA J. KOZYCKI
J. KEVIN McCALL
WILLIAM L. SCOGLAND
JENNER & BLOCK, LLC
Attorneys for Defendant
330 N. Wabash Avenue, 40th Floor
Chicago, IL 60611
(312) 222-9350

ROBERT F. BEST (P10768)
BEST, HEYNS, KLAEREN &
SCHROEDER, P.C.
Attorneys for Defendant
410 S. Jackson Street
P.O. Box 570
Jackson, MI 49204
(517) 787-2620

Dated: April 6, 2004
P:\UAW\International\Tenneco (Walker Mfg)\Pleadings\ExtendTime2Respond.Stip2.wpd

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ORIGINAL**

RICHARD A. VANCE, ROBERT L. BACON,
ROSEMARY COOLBAUGH, DONNA LUKENICH
and MARTIN EISENMAN, on behalf of themselves
and a similarly situated class,

        Plaintiffs,

v.

TENNECO AUTOMOTIVE OPERATING
COMPANY, INC.

        Defendant.
_____/

Hon. Marianne O. Battani
Mag. Judge Wallace Capel, Jr.
Case No. 04-60012

**CLASS ACTION**

FILED 2004 APR -7 P 3:34

**ORDER EXTENDING TIME FOR RESPONSIVE PLEADINGS**

At a session of said Court held in the
United States Courthouse in Ann Arbor, Michigan
on the __7th__ day of April, 2004.

PRESENT: HON. **MARIANNE O. BATTANI**
U.S. DISTRICT JUDGE

This matter having come before the Court on stipulation of counsel for the parties and the Court being fully advised of the premises;

IT IS HEREBY ORDERED that the time period for Plaintiffs to file a response to Defendant's Motion to Strike Plaintiffs' Jury Demand and Claims for Mental Anguish and Punitive Damages and for Defendant to file a response to Plaintiffs' Motion for Class Certification is hereby extended until May 17, 2004.

                                            /s/ Marianne O. Battani
                                            United States District Judge
                                            Hon. Marianne O. Battani