# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RICHARD A VANCE, ROBERT L. BACON, ROSEMARY COOLBAUGH, DONNA LUKENICH, and MARTIN EISENMAN, on behalf of themselves and a similarly situated class,

          Plaintiffs,

v.

TENNECO AUTOMOTIVE OPERATING COMPANY, INC.

          Defendant.
_____/

CASE NUMBER: 04-60012

HON. MARIANNE O. BATTANI

## AMENDED
## NOTICE OF MOTION HEARING

You are hereby notified to appear before the Honorable Marianne O. Battani, United States District Judge, for the above proceeding on **OCTOBER 19, 2004 @ 2:00 P.M.**, in the First Floor Courtroom, 200 E. Liberty Street, **Ann Arbor**, Michigan 48104.  The following motion(s) are scheduled for hearing:

■ MOTION FOR CLASS CERTIFICATION filed by plaintiffs on March 24, 2004, and

- MOTION TO STRIKE PLAINTIFFS' JURY DEMAND AND CLAIMS FOR MENTAL ANGUISH AND PUNITIVE DAMAGES filed by Defendant on March 18, 2004.

**PLEASE NOTE RESPONSE AND REPLY BRIEFS SHOULD BE FILED PURSUANT TO COURT RULE.**

### CERTIFICATE OF MAILING

I certify that a copy of this notice was mailed to Carla Rozycki, Robert Best and Roger McClow on this date by ordinary mail.

Date: September 28, 2004

s/Colette Motowski
Colette Motowski, secretary to
Hon. Marianne O. Battani 734/741-2106